UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JADE MARIBEL MARIN MARIN,<br>Petitioner,<br>v.<br>ICE FIELD DIRECTOR,<br>Respondent. | Case No. 26-cv-01830-TLF<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On April 17, 2026, the Court issued an Order to Show Cause. Dkt. 17. Petitioner was ordered to show cause by August 25, 2026 as to whether she intended to file a motion to add Bruce Scott, the warden of the facility where she was detained when she filed her habeas corpus petition, as a respondent. *Id*. at 2.

The petition identifies "Ice Field Office Director" as the sole respondent. Dkt. 5. "[I]n habeas challenges to present physical confinement . . . the default rule is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). Indeed, "core habeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the

respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024).

The Court further advised petitioner that, if she failed to add the warden as a proper respondent, the Court would dismiss the action without prejudice for lack of subject-matter jurisdiction. Dkt. 17 at 2; *see* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

Petitioner has not filed a motion to amend her complaint to add the warden as a respondent. Accordingly, the Court dismisses the petition without prejudice.

…

Dated this 27th day of August, 2026.

Theresa L. Fricke
United States Magistrate Judge